UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TOM MERRELL,

      Plaintiff,

  v.

BOARD OF BEHAVIORAL SCIENCES (BBS), et al.,

      Defendants.

NO. CIV. S-05-1652 FCD DAD

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Defendants' Motion to Dismiss is continued to October 21, 2005 at 10:00 a.m.  Plaintiff shall file and serve his opposition brief or notice of non-opposition no later than October 7, 2005.  The Defendants' may file and serve a reply on or before October 14, 2005.

    2.   Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

///

1    3.   Plaintiff's counsel shall file his response to the
2 order to show cause on or before October 7, 2005.
3    4.   A hearing on the order to show cause will follow the
4 hearing on the Motion to Dismiss.
5    IT IS SO ORDERED.
6 DATED: September 26, 2005.

```
                                    /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL, Jr.
                                    UNITED STATES DISTRICT JUDGE
```