1
2
3
4
5
6
7
8
9              UNITED STATES DISTRICT COURT
10              EASTERN DISTRICT OF CALIFORNIA
11
12                     ----oo0oo----
13
TOM MERRELL,
14                                      NO. CIV. S-05-01652 FCD DAD
        Plaintiff,
15
     v.                                 ORDER
16
BOARD OF BEHAVIORAL SCIENCES,
17 SHERRY MEHL, PAUL RICHES,
CATHERINE KAY, ROBERT GERST,
18 VICTOR LAW, PETER MANOLEAS,
GLYNIS MORROW, KAREN PINES,
19 HOWARD STEIN, SUSAN ULEVITCH,
and DOES 1 to 30.
20
        Defendants.
21
22                     ----oo0oo----
     This matter comes before the court on defendants' motion to
23
dismiss plaintiff's complaint ("complaint") pursuant to Rule
24
12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.
25
In response, plaintiff filed a non-opposition to defendants'
26
motion to dismiss and a request to withdraw suit.
27
28

1

1 | The court grants plaintiff's request to withdraw suit
2 | pursuant to Rule 41 of the Federal Rules of Civil Procedure.
3 | Thus, the court does not address the merits of defendants' motion
4 | to dismiss.
5 | IT IS SO ORDERED.
6 | DATED: October 17, 2005

                                /s/ Frank C. Damrell Jr.
                                FRANK C. DAMRELL, Jr.
                                UNITED STATES DISTRICT JUDGE